447 F.2d 485
 UNITED STATES of America, Plaintiff-Appellee,
v.
Robert Edward LIPSCOMB, Defendant-Appellant.
 No. 71-2401 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 10, 1971.
 Rehearing Denied November 9, 1971.
 
 Appeal from the United States District Court for the Middle District of Alabama; Frank M. Johnson, Jr., Judge.
 Robert E. Lipscomb, pro se.
 Ira DeMent, U. S. Atty., Montgomery, Ala., for plaintiff-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966